UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ERIC KEATON,

       Plaintiff,      17-CV-952 (JMF)

  -v-           ORDER

SERGEANT KENNETH CAESAR,

       Defendants.
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  Attached to this order are the notes sent by the jury to the Court during deliberations (Court Exhibit 2), and the jury's verdict form (Court Exhibit 3).

  SO ORDERED.

Dated: November 14, 2019
   New York, New York

                   JESSE M. FURMAN
                   United States District Judge

**COURT EXHIBIT 2**

# JURY NOTE

THE JURY HAS COME
TO A VERDICT.

Date: 11/13/19

Time: 1:59 pm



Foreperson's Signature

**COURT EXHIBIT 3**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                          :

ERIC KEATON,                               :

                        Plaintiff,                :           17-CV-952 (JMF)

        -v-                                    :           <u>VERDICT FORM</u>

SERGEANT KENNETH CAESAR,    :

                        Defendant.           :

------------------------------------------------------------------X

**PLEASE CIRCLE YOUR ANSWERS**

*All Answers Must Be Unanimous*

## False Arrest

1. Do you find Sergeant Kenneth Caesar liable with respect to Eric Keaton's claim of false arrest?

        YES        **(NO)**

*If you answered "No" to Question 1, then skip to Question 4. If you answered "Yes" to Question 1, then answer Question 2.*

2. Did Eric Keaton prove by a preponderance of the evidence that he is entitled to compensatory damages as a result of being falsely arrested?

        YES        NO

If so, what amount of compensatory damages do you award?

        $_____

*If you answered "No" to Question 2, then proceed to Question 3. If you answered "Yes" to Question 2 and specified an amount, then skip to Question 4.*

1

3. What amount of nominal damages do you award to Eric Keaton on his claim for false arrest?

    $_____

    *Proceed to Question 4.*

**Unlawful Strip Search**

4. Do you find Sergeant Kenneth Caesar liable with respect to Eric Keaton's claim that he was unlawfully strip searched?

    YES       (NO ✓)

    *If you answered "Yes" to Question 4, then proceed to Question 5. If you answered "No" to Question 4, then you should proceed to sign the Verdict Form.*

5. Did Eric Keaton prove by a preponderance of the evidence that he is entitled to compensatory damages as a result of being unlawfully strip searched?

    YES       NO

    If so, what amount of compensatory damages do you award?

    $_____

    *If you answered "No" to Question 5, then proceed to Question 6. If you answered "Yes" to Question 5 and specified an amount, then skip to Question 7.*

6. What amount of nominal damages do you award to Eric Keaton on his claim that he was unlawfully strip searched?

    $_____

    *If you awarded damages in connection with the false arrest claim as well, proceed to Question 7; otherwise, you should proceed to sign the Verdict Form.*

7. If you awarded damages in connection with both the false arrest and the unlawful strip search claims, what amount, if any, of the unlawful strip search damages was also included in the damages you awarded in connection with the false arrest claim?

    $_____

2

*Sign your names in the space provided below, fill in the date and time, and inform the court security officer — with a note, <u>not the Verdict Form itself</u> — that you have reached a verdict.*

After completing the form, each juror who agrees with this verdict must sign below:



Foreperson

Date and time: _11/13/19  2:00 PM_