```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ERIC KEATON,

                              Plaintiff,          17-CV-952 (JMF)

              -v-                                 JUDGMENT

SERGEANT KENNETH CAESAR,

                              Defendants.
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

In light of Judge Sullivan's Order dated February 22, 2019, *see* ECF No. 40, and the jury's verdict yesterday in favor of Defendant Sergeant Kenneth Caesar, it is hereby

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants on all claims, Plaintiff Eric Keaton shall recover nothing from Defendants, and that the action is dismissed on the merits.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: November 14, 2019
       New York, New York
                                           _____
                                                  JESSE M. FURMAN
                                               United States District Judge